**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PARIJAAT DIXIT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMART DIGITAL GROUP LIMITED, YUNTING CHEN, QIONGSHAN HUANG, SAM WAI HONG, ENROME LLP, US TIGER SECURITIES, INC., and JOHN DOES 1-100,<br><br>Defendants. | Case No: 1:26-cv-00296-NRB |

**NOTICE OF MOTION BY VITO VERGERIO FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

**TO:** **THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Vito Vergerio ("Movant") respectfully moves the Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995; and (2) approving Movant's selection of Morris Kandinov LLP and Scott+Scott Attorneys at Law LLP as Co-Lead Counsel for the Class.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Andrew W. Robertson in support thereof, including exhibits A-E, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: March 16, 2026

*/s/ Andrew W. Robertson*

**MORRIS KANDINOV LLP**
Aaron T. Morris
Andrew W. Robertson
William H. Spruance
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473
andrew@moka.law
aaron@moka.law
william@moka.law

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch  (*pro hac vice* forthcoming)
Mollie Chadwick  (*pro hac vice* forthcoming)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com
mchadwick@scott-scott.com

*Counsel for Lead Plaintiff Movant Vito Vergerio and
Proposed Co-Lead Counsel for the Class*

**GRADYLAW**
Tom Grady (*pro hac vice* forthcoming)
720 Fifth Avenue South, Suite 200
Naples, FL 34102
tgrady@gradylaw.com

*Additional Counsel for Lead Plaintiff Movant*