**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PARIJAAT DIXIT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMART DIGITAL GROUP LIMITED, YUNTING CHEN, QIONGSHAN HUANG, SAM WAI HONG, ENROME LLP, US TIGER SECURITIES, INC., and JOHN DOES 1-100,<br><br>Defendants. | Case No: 1:26-cv-00296-NRB |

**DECLARATION OF ANDREW W. ROBERTSON IN SUPPORT OF MOTION BY VITO VERGERIO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

I, Andrew W. Robertson, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Morris Kandinov LLP, counsel for Lead Plaintiff movant Vito Vergerio ("Movant") and proposed Co-Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Morris Kandinov LLP and Scott+Scott Attorneys at Law LLP as Co-Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following:

Exhibit A: Notice published on January 13, 2026, via *Globe Newswire*.

Exhibit B: Movant's PSLRA Certification.

Exhibit C: Movant's Loss Chart.

Exhibit D: Morris Kandinov LLP's Firm Résumé.

Exhibit E: Scott + Scott Attorneys at Law LLP's Firm Résumé.

I declare under the penalty of perjury that the foregoing facts are true and correct.

Executed on the 16th day of March, 2026.

*/s/ Andrew W. Robertson*
Andrew W. Robertson

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Andrew W. Robertson*
Andrew W. Robertson

3