**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
Matthew M. Guiney
Patrick Donovan
Rourke C. Donahue
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Guiney@whafh.com
Donovan@whafh.com
Donahue@whafh.com

*Counsel for Lead Plaintiff Movant Parijaat Dixit*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PARIJAAT DIXIT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SMART DIGITAL GROUP LIMITED, YUNTING CHEN, QIONGSHAN HUANG, SAM WAI HONG, ENROME LLP, US TIGER SECURITIES, INC., and JOHN DOES 1-100, <br><br> Defendants. | Case No: 1:26-cv-00296-NRB <br><br> Hon. Naomi Reice Buchwald <br><br> **DECLARATION OF MATTHEW M. GUINEY IN SUPPORT OF PARIJAAT DIXIT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> **CLASS ACTION** <br><br> **DEMAND FOR JURY TRIAL** |

I, Matthew M. Guiney, declare as follows:

1.       I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a partner with the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"). I respectfully submit this declaration in support of the Motion of Parijaat Dixit ("Movant Dixit") for entry of an order: (1) appointing Movant Dixit as Lead Plaintiff; (2) approving his selection of Wolf Haldenstein as Lead Counsel for the Class; and (3) granting any further relief as the Court may deem just and proper.

2.       Attached are true and correct copies of the following exhibits:

**Exhibit A**:    PSLRA Certification signed by Movant Dixit;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant Dixit as a result of his transactions in Smart Digital Group Limited securities;

**Exhibit C**:    Declaration of Movant Dixit in support of his motion for appointment as Lead Plaintiff and approval of selection of lead counsel;

**Exhibit D**:    Notice published by Wolf Haldenstein on January 13, 2026, on *GlobeNewswire* announcing the pendency of the securities class action; and

**Exhibit E**:    Firm Résumé of Wolf Haldenstein, proposed Lead Counsel for the Class.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of March 2026.

/s/ Matthew M. Guiney
Matthew M. Guiney

2

## **<u>CERTIFICATE OF SERVICE</u>**

I, Matthew M. Guiney, hereby certify that on March 16, 2026, a true and correct copy of

the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk

of the Court using the CM/ECF system, which will send a notification of such filing to all parties

with an email address of record who have appeared and consented to electronic service in this

action.

Dated: March 16, 2026                                     /s/ Matthew M. Guiney
                                                         Matthew M. Guiney