**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PARIJAAT DIXIT, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:26-cv-00296-NRB |
| Plaintiffs, | **CLASS ACTION** |
| v. | |
| SMART DIGITAL GROUP LIMITED, YUNTING CHEN, QIONGSHAN HUANG, SAM WAI HONG, ENROME LLP, US TIGER SECURITIES, INC., TIGER FINTECH HOLDINGS, INC., UP FINTECH GLOBAL HOLDINGS, LTD., UP FINTECH HOLDING, LTD., COGENCY GLOBAL, INC., COLLEEN A. DE VRIES and JOHN DOES 1-100, | **NOTICE OF APPEARANCE** |
| Defendants. | |

PLEASE TAKE NOTICE that Joanna A. Diakos of K&L Gates LLP, with offices at 599 Lexington Avenue, New York, New York 10022, hereby appears on behalf of defendants Cogency Global, Inc. and Colleen A. De Vries in the above-captioned action. I hereby certify that I am admitted to practice before this Court.

Dated:  New York, New York          Respectfully submitted,
       July 8, 2026

                                   By: */s/ Joanna A. Diakos*
                                   Joanna A. Diakos
                                   K&L Gates LLP
                                   599 Lexington Avenue
                                   New York, New York 10022
                                   Tel.: (212) 536-4807
                                   Email: joanna.diakoskordalis@klgates.com

                                   *Counsel for Defendants Cogency Global, Inc., and Colleen A. De Vries*