**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PARIJAAT DIXIT, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:26-cv-00296-NRB |
| Plaintiffs, | **CLASS ACTION** |
| v. | |
| SMART DIGITAL GROUP LIMITED, YUNTING CHEN, QIONGSHAN HUANG, SAM WAI HONG, ENROME LLP, US TIGER SECURITIES, INC., TIGER FINTECH HOLDINGS, INC., UP FINTECH GLOBAL HOLDINGS, LTD., UP FINTECH HOLDING, LTD., COGENCY GLOBAL, INC., COLLEEN A. DE VRIES and JOHN DOES 1-100, | **NOTICE OF APPEARANCE** |
| Defendants. | |

PLEASE TAKE NOTICE that Zachary S. Jones of K&L Gates LLP, with offices at 599 Lexington Avenue, New York, New York 10022, hereby appears on behalf of defendants Cogency Global, Inc. and Colleen A. De Vries in the above-captioned action.  I hereby certify that I am admitted to practice before this Court.

Dated:    New York, New York
       July 8, 2026

Respectfully submitted,

By: */s/ Zachary S. Jones*
Zachary S. Jones
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-4045
Email: zach.jones@klgates.com

*Counsel for Defendants Cogency Global, Inc., and Colleen A. De Vries*