**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PARIJAAT DIXIT, and VITO VERGERIO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SMART DIGITAL GROUP LIMITED, YUNTING CHEN, QIONGSHAN HUANG, SAM WAI HONG, ENROME LLP, US TIGER SECURITIES, INC., TIGER FINTECH HOLDINGS, INC., UP FINTECH GLOBAL HOLDINGS, LTD., UP FINTECH HOLDING, LTD., COGENCY GLOBAL, INC., COLLEEN A. DE VRIES, and JOHN DOES 1-100, <br><br> Defendants. | Case No.: 1:26-cv-00296-NRB <br><br> **CLASS ACTION** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING COGENCY DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT

**WHEREAS,** prior to filing of the Amended Complaint in this action, the parties submitted a stipulation and proposed order providing that certain Served Defendants (as defined therein) would answer, move or otherwise respond to the Amended Complaint by August 10, 2026 (ECF No. 33);

**WHEREAS**, such stipulation was so-ordered by the Court on April 21, 2026 (ECF No. 34);

**WHEREAS**, Lead Plaintiffs filed the Amended Complaint on June 9, 2026, adding (among others) Defendants Cogency Global, Inc., and Colleen A. De Vries (the "Cogency Defendants") as Defendants with respect to certain claims (ECF No. 35);

**WHEREAS,** because the prior stipulation extending the Served Defendants' time to respond to the Amended Complaint did not include the Cogency Defendants, the parties seek to align the briefing schedules for the newly-added Cogency Defendants and similarly provide for an extension of time for the Cogency Defendants to answer, move or otherwise respond to the Amended Complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** subject to the Court's approval:

1.      The Cogency Defendants shall answer, move or otherwise respond to the Amended Complaint by August 10, 2026, with any opposition by Lead Plaintiffs to such motion(s) to be filed by October 9, 2026 in accordance with the prior April 21 stipulation (ECF No. 34);

2.      The Cogency Defendants shall file any reply in support of such motion by November 23, 2026;

3.      This stipulation shall not alter any of the deadlines or provisions of the prior April 21 stipulation (ECF No. 34) which shall otherwise remain in full force and effect.

4.      This stipulation shall not constitute a waiver of any rights or defenses of the Cogency Defendants, all of which are hereby expressly reserved.

Dated: New York, New York
July 8, 2026

Respectfully submitted,


**K&L GATES LLP**

By: */s/ Joanna A. Diakos*
Joanna A. Diakos
Zachary S. Jones
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-4045
Email: joanna.diakoskordalis@klgates.com
zach.Jones@klgates.com

*Counsel for Defendants Cogency Global, Inc., and Colleen A. De Vries*


/s/ *Matthew M. Guiney*
Matthew M. Guiney
Patrick Donovan
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Email: guiney@whafh.com
donovan@whafh.com

Aaron T. Morris
Andrew W. Robertson
Morris Kandinov LLP
305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 431-7473
Email: aaron@moka.law
andrew@moka.law

John T. Jasnoch (pro hac vice)
Mollie Chadwick (pro hac vice)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
jjasnoch@scott-scott.com
mchadwick@scott-scott.com

*Counsel for Plaintiffs*

**SO ORDERED.**

Dated: _____, 2026

---

HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE